UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
UNITED STATES OF AMERICA

        - against -

THOMAS PERLAZA, et al.,

                      Defendants.
----------------------------------------------------X

ORDER

05 CR 805 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 1 0 2006 ★
BROOKLYN OFFICE

On the application of JaneAnne Murray, attorney for Thomas Perlaza, the defendant in the above-captioned case, it is hereby

ORDERED that Mr. Perlaza's bail conditions are modified such that (a) the requirement that Mr. Perlaza be placed on electronic monitoring is removed; and (b) Mr. Perlaza is required to participate in Pretrial Services' S.O.S. program.

SO ORDERED

Dated: New York, New York
       December 20, 2005

                                    s/David Trager
                                    Hon. David G. Trager
                                    District Judge